CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
March 28, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JAMIE TOWNS,** ) | |
| Petitioner, ) | Civil Action No. 7:24cv131 |
| ) | |
| v. ) | OPINION and ORDER |
| ) | |
| **CORY NUNLEY, et al.,** ) | By: Robert S. Ballou |
| Respondents. ) | United States District Judge |

Plaintiff, proceeding *pro se*, filed a petition for habeas corpus, pursuant to 28 U.S.C. § 2241. By order entered April 12, 2024, the court assessed a $5.00 filing fee and directed plaintiff to submit within 30 days from the date of the order either the filing fee, a signed consent to withholding of filing fees form, or a completed application to proceed *in forma pauperis*. The Order further directed the inmate to notify the court of any change of address and advised that a failure to comply would result in dismissal of this action without prejudice. The order was returned because of a typographical error in the inmate number on the envelope. On October 22, 2024, the order was again mailed to Plaintiff and has not been returned as undeliverable.

The court has heard nothing from the Plaintiff since the Complaint was filed, and according to the BOP website, he has been released from custody. It is hereby **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute, and the action is **STRICKEN** from the active docket of this court.

The Clerk is directed to send a copy of this Opinion and Order to the plaintiff.

Enter:  March 28, 2025

*/s/ Robert S. Ballou*

Robert S. Ballou
United States District Judge